IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERIMA GVOZDEN,<br>    Plaintiff,<br>v.<br>MILL RUN TOURS, INC., et. al,<br>    Defendants, | Case No. 10-cv-04595 |
| NAGI TABET,<br>    Plaintiff,<br>v.<br>MILL RUN TOURS, INC., et. al,<br>    Defendants, | Case No. 10-cv-04606<br><br>Judge Robert M. Dow, Jr. |
| MILL RUN TOURS, INC.,<br>    Counter-Plaintiff<br>    Third-Party Plaintiff,<br>v.<br>NAGI TABET and MERIMA GVOZDEN,<br>    Counter-Defendants,<br>And<br>COSMOPOLITAN TRAVEL SERVICE, INC.,<br>    Third-Party Defendant. | |

## **STIPULATION TO DISMISS**

It is hereby stipulated and agreed, by and among Plaintiff/Counter-Defendant Merima Gvozden, Plaintiff/Counter-Defendant Nagi Tabet, Defendant/Counter-Plaintiff Mill Run Tours, Inc., Defendant Pierre Azzi, Defendant Jimmy Daher, and Third-Party Defendant Cosmopolitan Travel Service, Inc., that this matter be dismissed with prejudice, including all complaints, counterclaims and third-party claims, pursuant to settlement.

Dated this 10th day of August, 2017.

| | |
|---|---|
| MERIMA GVOZDEN | NAGI TABET |
| | COSMOPOLITAN TRAVEL SERVICE, INC. |
| By: ___s/Lonny Ben Ogus_____ | By: ___s/Gregory E. Kulis_____ |
|     Lonny Ben Ogus |     Gregory E. Kulis |
|     203 N. LaSalle Street, Suite 2100 |     30 N. LaSalle Street, Suite 2140 |
|     Chicago, Illinois 60601 |     Chicago, Illinois 60602 |
|     (312) 332-7374 |     (312) 580-1830 |

MILL RUN TOURS, INC.
PIERRE AZZI
JIMMY DAHER

By: ___s/ Charles M. Baum_____
    Ginsberg Jacobs LLC
    300 S. Wacker Drive, Suite 2750
    Chicago, Illinois 60606
    (312) 660-9403